(102 So. 599)

**Ex parte Ethel Bell WATSON.   (4 Div. 180.)**

(Supreme Court of Alabama.   Nov. 20, 1924. Rehearing Denied Jan. 22, 1925.)

Certiorari to Court of Appeals.

O. S. Lewis, of Dothan, for petitioner.

Harwell G. Davis, Atty. Gen., opposed.

PER CURIAM.   Petition of Ethel Bell Watson for certiorari to Court of Appeals to review and revise the judgment and decision of that court, or the case of Watson v. State, 20 Ala. App. 284, 102 So. 598.

Writ denied.

ANDERSON, C. J., and SAYRE, GARDNER, and MILLER, JJ., concur.